# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-651-594**

**Effective date of registration:**

October 5, 2012

## Title

**Title of Work:** The Thompsons

## Completion/Publication

**Year of Completion:** 2012

## Author

■ **Author:** The Thompsons Film, LLC

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** The Thompsons Film, LLC

750 Lillian Way, 6th Floor, Los Angeles, CA, 90038, United States

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay

**New material included in claim:** production as a motion picture

## Rights and Permissions

**Organization Name:** Law Offices of Elsa Ramo

**Name:** Elsa Ramo

**Email:** eramo@entertainmentattorney.biz          **Telephone:** 310-284-3494

**Address:** 315 S. Beverly Drive

Suite 412

Beverly Hills, CA 90212

## Certification

**Name:** Erika Canchola

**Date:** September 27, 2012



**Registration #:**  PAU003651594

**Service Request #:**  1-829508611



Law Offices of Elsa Ramo
Erika Canchola
315 S. Beverly Drive
Suite 412
Beverly Hills, CA 90212