AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**THE THOMPSONS FILM, LLC,**

       **Plaintiff,**

                              **JUDGMENT IN A CIVIL CASE**

**v.**

**DOES 1-43,**                  **CASE NO. 2:13-CV-00260**
                                       **JUDGE EDMUND A. SARGUS, JR.**
                                       **MAGISTRATE JUDGE MARK R. ABEL**

       **Defendants.**

___     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

      **Pursuant to the ORDER filed October 11, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: October 11, 2013                         JOHN P. HEHMAN, CLERK

                                                    */S/ Andy F. Quisumbing*
                                                    (By) Andy F. Quisumbing
                                                     Courtroom Deputy Clerk